Att A Gen^l Councill
Done in Councill
Teste Rich^d Ward Secr^y

KING vs. SLOOP TAKEN *super altum mare,* 1726/7

Colony Rhode Isl^d Curia Admiralitatis  At a Court of Vice Admiralty held at Newport within and for his Maj^ts Colony of Rhode Island etc. On Saturday the 25th Feb^r 1726.